UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAI NGUYEN,<br><br>                    Plaintiff,<br><br>     v.<br><br>CITY OF VANCOUVER and JOHN DOE,<br>Vancouver Police Officer,<br><br>                    Defendants. | CASE NO. 3:22-cv-05077-JHC<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR RELIEF FROM COURT DEADLINES |

      This matter comes before the Court on Defendant City of Vancouver's Motion for Relief from Court Deadlines. Dkt. # 17.[1] The motion is unopposed. Having reviewed the motion and the file herein, and being fully advised, the Court GRANTS the motion.

      The deadlines established by the Court's April 20, 2022, minute order (Dkt. # 10) are hereby VACATED. The Court sets the following deadlines in the event the Court denies Defendant City of Vancouver's Motion for Summary Judgment (Dkt. # 13) in whole or in part:

- Deadline for FRCP 26(f) conference: within 14 days of the Court's order on Defendant City of Vancouver's Motion for Summary Judgment (Dkt. # 13);
- Deadline for FRCP 26(a) disclosures: within 21 days of the Court's order on Defendant City of Vancouver's Motion for Summary Judgment (Dkt. # 13);

---

[1] At the time the motion was filed, the Vancouver Police Department ("VPD") was still a defendant. VPD has since been dismissed from this action with prejudice. Dkt. # 18.

ORDER GRANTING DEFENDANTS' MOTION FOR
RELIEF FROM COURT DEADLINES - 1

- Deadline for filing Joint Status Report: within 28 days of the Court's order on Defendant City of Vancouver's Motion for Summary Judgment (Dkt. # 13).

In the event the Court grants Defendant City of Vancouver's Motion for Summary Judgment (Dkt. 13) in full and dismisses this action, these deadlines will be vacated entirely.

DATED this 20th day of May, 2022.

_____
John H. Chun
United States District Judge